**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7755**

---

DEE DEIDRE FARMER,

Plaintiff - Appellant,

versus

MARGARET C. HAMBRICK, Regional Director; JOHN
W. SHORE, Deputy Regional Director; ROGER
TILDEN, Regional Hearing Administrator,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
95-3633-CCB)

---

Submitted:  June 18, 1998              Decided:  July 2, 1998

---

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dee Deidre Farmer, Appellant Pro Se.  Allen F. Loucks, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dee Deidre Farmer appeals from the district court's orders dismissing her <u>Bivens</u>[1] civil rights complaint, and denying her motion for reconsideration filed pursuant to Fed. R. Civ. P. 59(e). Our review of the record discloses that this appeal is without merit. The sole issue raised in Farmer's informal brief is that her placement in administrative segregation and subsequent commitment to controlled housing status in prison violated her due process rights. We find that the district court's reliance on <u>Sandin v. Conner</u>[2] in rejecting this claim is sound. In addition, because Farmer's motion for reconsideration does not demonstrate that her action was improperly dismissed, we find that the district court's denial of her Rule 59(e) motion was not an abuse of discretion.[3] We deny Farmer's motion for appointment of counsel, and affirm both district court orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

---

[1] <u>See</u> <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

[2] 515 U.S. 472 (1995).

[3] <u>See</u> <u>United States v. Williams</u>, 674 F.2d 310, 312 (4th Cir. 1982).